FILED
 2008 Jun-24  PM 12:17
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>MIDDLE DIVISION</u>

| | |
|---|---|
| MALCOLM MUHAMMAD FOMBY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-C-0077-M |
| | ) |
| WARDEN BOYD; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

| | |
|---|---|
| MALCOLM MUHAMMAD FOMBY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-PWG-78-M |
| | ) |
| WARDEN BOYD; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on May 27, 2008, recommending that the petitions for writ of habeas corpus be denied. On June 13, 2008 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court files, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is

ACCEPTED. Accordingly, the petitions for writ of habeas corpus are due to be DENIED. A Final Judgment will be entered.

    Done the 24th day of June, 2008.

                                                          U.W. Clemon
                                        United States District Judge